UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARMANDO MOLINA,

        Petitioner,

    v.

PEOPLE OF THE STATE OF CALIFORNIA,

        Respondent.

No. C 10-0230 PJH (PR)

**ORDER OF DISMISSAL**

    This case was opened when petitioner sent this court a form "Petition for Writ of Certiorari" headed "In the Supreme Court of the United States." Because it was uncertain whether he might have intended to file in this court, it was treated as an attempt to start a new habeas case in this court. The court sent him an order to show cause why the case should not be dismissed as having been mailed to the wrong court. He has responded that it indeed was a mistake, and that the case should be dismissed.

    This is **DISMISSED** as opened in error. No fee is due. The clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: March 22, 2011.

                      PHYLLIS J. HAMILTON
                      United States District Judge

P:\PRO-SE\PJH\HC.10\MOLINA0230.dsm.wpd